**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE CHONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLÉ WATERS NORTH AMERICA, INC,<br><br>　　　　　Defendant. | Case No. CV 19-10901-DMG (KSx)<br><br>**JUDGMENT** |

This Court having granted Defendant Nestlé Waters North America, Inc.'s Motion to Dismiss with prejudice by Order dated November 30, 2020,

IT IS ORDERED that judgment is entered in favor of Defendant and against Plaintiff Connie Chong.

DATED: November 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE